IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT HERNANDEZ | : | NO. 09-244 |
| (a/k/a "FELIX AGOSTA") | : | |

**ORDER**

AND NOW, this 18th day of September, 2020, upon consideration of the report on a possible violation of supervised release by defendant Robert Hernandez, a.k.a. Felix Agosta, and following an evidentiary hearing in open court on September 8, 2020 at which counsel for the Government, counsel for Defendant, and the defendant were present and when oral argument was presented following submission of evidence, the Court finds:

1. There is no dispute that the defendant has failed to report to his probation officer as required as a condition of his supervised release; and

2. The charge that by defendant violated on or about March 14, 2020 the condition of his supervisor release that he not commit any federal, state or local crime is not proven.

Accordingly, the Court will conduct a further revocation and sentencing hearing on this matter on October 6, 2020 at 11:00 a.m.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge